# SCS

Toll Free: 1-855-326-7591

Mailing address: 4300 W. Lake Mary Blvd. Suite 1010, Box 421 Lake Mary, FL 32746

☐ COPY

Date: August 18, 2020

Client ID: 26382

Dear : Glenna P. Newby

I would like to thank you for all of your time you have spent with us today. We have gone over a few options, and the one that you agreed best fits your financial situation would be;

Client understands and agrees to the standard Project Management fee of $1,550.00, of which $790.00 will be charged to your Capital One account ending in (1191) and the remaining $760.00 will be charged to your Citi account ending in (1658). The charge will appear on your billing statement, as SPECS. **PLEASE REMEMBER, ANYTIME YOU OPEN OR CLOSE A CREDIT CARD IT WILL AFFECT YOUR CREDIT SCORE.**

Capital One 1191 has a balance of $2,413.63 @ 22.9%, plus fee of $790.00. We will transfer balance and fee to new Discover IT @ 0% for 14 months.

Capital One 0758 has a balance of $1,513.65 @ 17.9%. We will transfer balance to new Discover IT @ 0% for 14 months.

Citi has a balance of $7,635.84 @ 23.99%. We will place this into a balance payoff program on or around 09/25/2020. There may be issue beyond our control that may push back the dates. If anything changes at any time we will contact you to inform you and also send notice by email.

PAYOFF PROGRAM: An internal program in which we will get your bank to Lower your rate by placing the account in a 48 to 60 month payoff program. We will call on your behalf and once in the program the account will be closed.

You agree to allowing us to use your checking information that you have provided for the sole purpose of setting up an automatic payment for the accounts being enrolled into the payoff program should your creditors require it within your bank.

*[Handwritten notes:]*
Jordon To Eric To (Tiffiany Harker Joseph)
Augusta isn't even spelled Right
↑ These Two are The ones I have Been Talking To

**EXHIBIT A**

# SCS

Toll Free: 1-855-326-7591

Mailing address: 4300 W. Lake Mary Blvd. Suite 1010, Box 421 Lake Mary, FL 32746

You agree to the Program Fee of $(1,550.00) due to successful identification of at least $2,500 in overall savings, due to introduction of solutions.

The Financial Coaching services you purchased is to educate you on your credit card accounts with having provided you with a plan of action, budget and consulting with you on options that fits your financial situation. Our goal is to help enlighten you in ways to continue to save money and help strengthen your borrowing profile to help improve your debt to income ratio in order to ultimately reduce interest rates on existing loan commitments. If you have any questions or concerns please contact us at 855-326-7591.

Please sign and date this letter of acknowledgement of this plan to proceed, and get you started on the road to financial freedom. Feel free to call upon receipt of this plan so we can review once more and/or discuss any questions you might have.

Sincerely,

Joseph Preckl
SCS
1-855-326-7591

# SCS

Toll Free: 1-855-326-7591

Mailing address: 4300 W. Lake Mary Blvd. Suite 1010, Box 421 Lake Mary, FL 32746

Customer: Glenna P. Newby
Customer Address: 121 E Clark Ave Augusta, KS 67010
Date: August 18, 2020

*You have contracted Specialized Consumer Strategies (SCS), a Florida Limited Liability Company, to provide you with project management services as outlined below. The terms of this agreement are governed and enforceable by the laws of the State of Florida. This service agreement will outline the relationship between "You", an individual, and SCS, a personal project management service provider.*

*Your Client ID# (26382) is unique to YOU. Please be sure any representatives you speak with provide this number to you. This will ensure you are speaking with one of the SCS team members. It is vitally important to us that your personal information is protected and secure at all times.*

Congratulations on taking the first, big step toward improving your financial situation. SCS specializes in showing our clients the path to a better financial future. We have the expertise and knowledge to guide you into a future where you are not encumbered by so much debt, including credit cards. This service contract will outline your responsibilities, as well as ours, and is just a reiteration of what was discussed with you on the phone by your SCS team members.

Client Responsibilities:
- Cooperate fully with SCS in all matters related to the services provided. In order for us to provide our additional services at no cost to you, it is essential you keep all appointments, return phone calls and provide additional information as requested in a timely manner.
- You promise to be truthful with SCS. Our goal is to help you. SCS cannot perform its specialized services unless we are operating with the facts. For example, how can we provide you with effective guidance unless we know about all expenditures, debts, etc.
- You agree to provide SCS, in writing, of any changes to your personal information. This includes any name change, use of aliases, change of address, phone number, etc.
- If any information is requested by SCS in order to provide our services, you must be willing to obtain that information and get it to us quickly, within 72 hours of the request. We would only ask for information necessary to help you improve your situation. Help us help you!
- Client acknowledges and SCS accepts your one-time payment of $1,550.00 of which $790.00 will be charged to your Capital One card ending in (#72-1191) and $760.00 will be charged to your Citi card ending in (#02-1658).

Initials:_____

# SCS

Toll Free: 1-855-326-7591

Mailing address: 4300 W. Lake Mary Blvd. Suite 1010, Box 421 Lake Mary, FL 32746



SCS Responsibilities:
- Develop and provide to you a budget custom tailored to your situation by information you supplied. Your SCS representative did this during your initial intake consultation, over the phone, on August 18, 2020. During the budget analysis, your SCS representative examined your recurring monthly expenses, including but not limited to, outstanding loan obligations, residential services, insurance and educational expenditures. By developing a budget for you, SCS was able to determine a course of action to help you improve your current financial situation. Your project manager identified factors affecting your borrowing profile, which included a debt to income ratio analysis.
- Formulate and discuss an "Action Plan". The Action Plan contains the steps needed to lessen your financial burdens from creditors. The Action Plan we provided you identified factors affecting your borrowing profile and provided you with corrective actions which could be taken to improve that profile. Our well trained Project Managers have spent many hours educating themselves and acquiring the knowledge and expertise needed to help you. Then, they passed on that knowledge to you as part of your fee.
- After creating a personalized budget and Action Plan, they ensure the client has been shown a cost savings of at an absolute minimum $2,500 over the life of debt enrolled. Typically that cost savings is much higher, but if SCS cannot save at least the minimum amount, it would be financially irresponsible of us to charge you.

The following services are provided at no cost or obligation to our clients. Even though SCS met its obligation by providing everything under the section "SCS Responsibilities", we are not done. We have so much more to offer you, FREE. Really, no obligation, no cost. It's FREE TO YOU!

Additional Services:
- Provide form letters to creditors. Upon Request.
- Obtain a credit report.
- Provide assistance with the preparation of your documents.
- Provide Project and Risk Management.
- Assist you with executing the suggested Action Plan. This may include calling creditors or negotiating lower interest rates. We will provide you with as much guidance as you require completing the plan of action. The choice is yours.
- Provide ongoing evaluations of your Action Plan's progress. Our #1 priority is helping you obtain your financial goals as we discussed. We are here for you, not just after the first appointment. Call us anytime during our office hours. Our team of specialists are available for you.

Initials:_____

# SCS 

Toll Free: 1-855-326-7591

Mailing address: 4300 W. Lake Mary Blvd. Suite 1010, Box 421 Lake Mary, FL 32746

<u>Glenna P. Newby,</u> thank you for allowing SCS to help you find a plan that will assist you with your financial situation not only today but also to give you some advice and direction in order to hopefully save even more in the future.

Our fee covers anything you enrolled today until such time when you have it finally paid off! We will help guide you, answer questions and even help find other programs and/or offers at no additional cost to you ever. However, let me be clear, if you add more accounts and/or create more accounts over time and want us to help you with those accounts, there may be an additional charge for the new accounts only.

Due to the fact that many of the internal programs the banks offer are usually a 60 month program, we try to create a plan that follows that structure to help you achieve financial freedom from these accounts during that timeframe. If we are able to help you find solutions that speed this process up, it will always be presented to you in order that you make the best choice for your accounts based on your ability to pay, your credit history and your needs. We are not able to change any rates as only your bank is able to make any changes, however, we help you seek out programs and offers that most banks do not make known to their customers.

<u>Glenna P. Newby,</u> it is important to understand anytime a new account is created or closed it will affect your credit standings for a period of time. In most cases it will be a negative effect, however, depending on the reason it will help to improve your overall credit in time. In many cases after six months of on-time payments and if no new accounts of higher debt are added, most scores bounce back and in some cases may be slightly higher than prior scores. But again, depending on the situation it may take longer if you are maxed out. The goal is to help you achieve the level you feel you should be at based on your needs at this point in your life.

Initials:_____

# SCS 
Toll Free: 1-855-326-7591

Mailing address: 4300 W. Lake Mary Blvd. Suite 1010, Box 421 Lake Mary, FL 32746

DISCLAIMER: It is vitally important to us that our clients understand every aspect of the services we are providing. It would be irresponsible of us to promise things like specific interest rates or guarantee how a creditor will respond to a request to lower interest rates. For our service fee, we promised and provided services under "SCS responsibilities". The services covered under "Additional Services" are separate from "SCS responsibilities". These additional services are provided at no cost to you, ever. The "Additional Services" began being provided to you during your initial consult and shall continue as your needs exist.

You, Glenna P. Newby, understand and agree Specialized Consumer Strategies (SCS) has successfully provided, as contracted, all requirements under the section, "SCS Responsibilities."

The parties have read and understand the foregoing terms and agree to them as of the date set forth below. If more than one client signs below, each agrees to be liable for all obligations under this agreement. You agree SCS has provided the services as contracted under the section, "SCS Responsibilities", and **you were charged a fee of $1,550.00 of which $790.00 will be charged to your Capital One card ending in (#72-1191) and $760.00 will be charged to your Citi card ending in (#02-1658)** for only those services. Additional services, as listed under the header of the same name, are provided to our clients at no cost or obligation, and is not part of the service fee charged.

**By Signing this Agreement you are agreeing services have been rendered and there is no cancelation due to work has already been done.**

_____
*Client signature, or E-Sign*

_____
*Date*

# SCS

Toll Free: 1-855-326-7591

Mailing address: 4300 W. Lake Mary Blvd. Suite 1010, Box 421 Lake Mary, FL 32746

<u>Glenna P. Newby</u>, due to the fact that we have provided you our service which includes your detailed budget and your specialized plan based on your financial and credit situation, we do not have a cooling off period or also known as a cancellation policy.

We have already provided these services during the time already spent thus far with your Project Manager. We will continue to be available for any guidance or help you may need, and again, at no additional cost to you on all accounts provided. We will assist you with any help you may need in order to take advantage of any programs offered from any of your banks or with any transfers you may have available to you. Our goal is to help you use different ways to pay your accounts and even use your accounts once things are paid in order to save money and keep more control. We do not have all the answers but if you need help we will do anything we can to help answer your questions or help you with any issues because we believe anywhere we can save time and money is a blessing. We hope this helps to explain why we do not offer the 3-day cancellation or cooling off period again because of time already invested and the services provided.

_____
*Client signature, or E-Sign*

_____
*Date*