**Bill To:**
Glenna P. Newby
121 E Clark Ave
Auguster KS, 67010

**Ship To:**
121 E Clark Ave
Auguster KS, 67010

**SCS**
4300 West Lake Mary Blvd,
Box 421,
Lake Mary, FL 32746

Telephone 1-855-326-7591
Fax       407-260-1535

Invoice Date: 08-25-2020

## Invoice No INV15462

| Quantity | Description | Sub Total | Total |
|---|---|---|---|
| 1.00 | SCS Program Cost $1550 | $1,550.00 | $1,550.00 |
| **Payment** | **Payment Date** | | **Payment Amount** |
| 1.00 | Payment Received 08-25-2020 | | $790.000 |
| 1.00 | Payment Received 08-25-2020 | | $760.000 |
| Subtotals | | | $1,550.00 |
| Discounts | | | $0.00 |
| Grand Total (USD) | | | $1,550.00 |
| Received | | | $1,550.00 |
| Balance | | | $0.00 |

Thank you for your payment. Your account is now paid in full.

**Make all checks payable to SCS**

Thank you for your business.

EXHIBIT B

Bill To:
Glenna P. Newby
121 E Clark Ave
Auguster KS, 67010

**Specialized Consumer Strategies**
4300 West Lake Mary Blvd,
Box 421,
Lake Mary, FL 32746

Telephone 1-855-326-7591

## Sales Receipt PAY22542

**Project Manager: Joseph Preckl**

**Assistant: Tiffany Spencer**

**Date:** 08-25-2020   **Time:** 10:44:10 AM EDT

**Authorization Code: 90995P**

**Transaction ID: 5595856206**

**Client ID: 26382**

| Item | Amount |
|---|---|
| Project Management Services (Action Plan, Budget, Paydown Plan) | $760.00 |
| **Payment** | |
| Acct: Mastercard 1658 | |
| Card Holder: Glenna P. Newby | |
| Total Payment | $760.00 |

*1-855-473-4583 Citi Double Cash*
*5424 1814 4402-1658*

**No Refund Due to Services Rendered**

Thank you for your business.

**Bill To:**
Glenna P. Newby
121 E Clark Ave
Auguster KS, 67010

**Specialized Consumer Strategies**
4300 West Lake Mary Blvd,
Box 421,
Lake Mary, FL 32746

Telephone 1-855-326-7591

## Sales Receipt PAY22542

**Project Manager: Joseph Preckl**

**Assistant: Tiffany Spencer**

**Date:** 08-25-2020    **Time:** 10:43:28 AM EDT

**Authorization Code: 09877Z**

**Transaction ID: 5595854936**

**Client ID: 26382**

| Item | Amount |
| --- | --- |
| Project Management Services (Action Plan, Budget, Paydown Plan) | $790.00 |

| Payment | |
| --- | --- |
| Acct: Mastercard 1191 | |
| Card Holder: Glenna P. Newby | |
| Total Payment | $790.00 |

*1-800 903-3637  Capital One Cards*
*5482 9750 5543 0758*

**No Refund Due to Services Rendered**
*Card 2  5178 0588 72 1191*

Thank you for your business.

Case 21-05006    Doc# 1-2    Filed 03/18/21    Page 3 of 3