IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:
GLENNA P. NEWBY                                      Case No.   20-11249-7
        Debtor(s)

DARCY D. WILLIAMSON, Trustee                         Adv. No.   21-5006
        Plaintiff(s)

    -vs-

SUNSHINE CONSULTATION SERVICES, LLC
d/b/a/ Specialized Consumer Stategies
        Defendant(s)

## JUDGMENT

On September 30, 2021, the Honorable Mitchell L. Herren, United States Bankruptcy Judge for the District of Kansas, filed ***ORDER GRANTING DEFAULT JUDGMENT*** which was entered on the docket on September 29, 2021.

IT IS THEREFORE ORDERED BY THE COURT that the Court grants the Trustee's Motion for Default Judgment for $1,550.00 damages; $350.00 court costs; $8,731 attorney's fees through June 14, 2021; and $54,000 civil penalties. The Trustee shall submit an additional application for attorney fees for the June 15-July 1, 2021 period within seven (7) days.

DATED:   September 30, 2021                 DAVID D. ZIMMERMAN, CLERK
                                            UNITED STATES BANKRUPTCY COURT


                                            s/ Annette M. Albright
                                            Deputy Clerk