FILED
AT WICHITA, KS
NOV 0 8 2021
CLERK
U.S. Court of Bankruptcy
By_____ Deputy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
NEWBY, GLENNA P. ) Case No. 20-11249-7
)
Debtor )
)
DARCY D. WILLIAMSON, TRUSTEE, )
)
    *Plaintiff (Judgment Creditor).* ) Adv. No. 21-05006
)
vs. )
)
SUNSHINE CONSULTATION SERVICES, LLC )
D/B/A SPECIALIZED CONSUMER )
STRATEGIES )
)
    *Defendants (Judgment Debtors).* )
)
BANK OF AMERICA ) Attach Earnings: ____
2959 N. ROCK ROAD ) Attach Other Property XX
WICHITA, KS 67226 )
)
    *Garnishee.* )

## ANSWER OF GARNISHEE
(To Attach Money or Other Intangible Property Other Than Earning)

To be completed by the above named garnishee:

1. Read carefully the attached Instructions to Garnishee.

2. I was served with this garnishment on the __2nd__ day of __November__, 2021.

3. I have not delivered to the Judgment Debtor any money or other intangible property belonging to him or her, other than earnings, since receiving the Order of Garnishment.

4. If I am a bank, savings and loan association, credit union or finance company if you hold any funds, credits or indebtedness belonging to or owing the defendant, the amount to be withheld by you pursuant to this writ of garnishment is not to exceed $64,631.00.

5. **Money or Indebtedness Due.** I hold money or am indebted to the Defendant, other than for earnings due and owing Defendant, as of the date of this Answer, in the following

ANSWER OF GARNISHEE
(To Attach Money or Other Intangible Property
Other Than Earnings)

CASE NAME: SUNSHINE CONSULTATION SERVICES LLC DBA SPECIALIZED CONSUMER STRATEGIES
CASE NUMBER: 20-11249-7

To be completed by the above named garnishee:

1. Read carefully the attached Instructions to Garnishee.

2. I was served with this garnishment on November 2, 2021.

3. I have not delivered to the judgment debtor any money or other intangible property belonging to him or her, other than earnings, since receiving the order of garnishment.

4. If I am a bank, savings and loan association, credit union or finance company, and I am holding any funds, credits or indebtedness belonging to or owing the judgment debtor, the amount to be withheld by me pursuant to this order shall not exceed $ 64,631.00         .

5. **Money or Indebtedness Due.** I hold money or am indebted to the judgment debtor, other than for earnings, as of the date of this answer, in the following manner and amounts:
                    Bank of America, N.A. is holding $64,631.00

6. **To be answered by garnishee who is an executor or administrator of an estate.** I am an _____N/A_____ of the estate of _____N/A_____, containing funds or intangible property to which the judgment debtor is or may become entitled as a _____N/A_____, and I understand that the order of garnishment has the effect of attaching and creating a first and prior lien on all such funds or intangible property to which the judgment debtor becomes entitled upon distribution to the estate and that I am prohibited from delivering to the judgment debtor any such funds or intangible property until further order of the Court from which the order of garnishment was issued. The approximate date for distributing the assets of the estate is _____N/A_____, _____.

7. I am holding from funds, credits or indebtedness due the judgment debtor an administrative fee in the amount of $ 15.00       .

See attached Instructions to Garnishee for amount of the administrative fee that can be retained.

8. _N/A_ This account is owned in joint tenancy.

9. I will hold the above described moneys or other items in my possession until further order from the court or until this garnishment is released by the court or the Judgment Creditor. If I do not receive an order to pay from the court within 60 days following the date my Answer is received by the judgment creditor, I may release the funds or property I am holding pursuant to my Answer.

Pursuant to K.S.A. 53-601, as amended, I declare under the penalty of perjury that the foregoing is true and correct.
EXECUTED on Tuesday, November 02, 2021

**Connie Rosario** Digitally signed by Connie Rosario
Date: 2021.11.02 13:36:45 -07'00'

Garnishee

Bank of America, N.A.
Legal order Processing
DE5-024-02-08
PO BOX 15047
Wilmington, DE 19850

Case 21-05006    Doc# 34    Filed 11/08/21    Page 2 of 2