**SO ORDERED.**

**SIGNED this 9th day of November, 2021.**



_____
Mitchell L. Herren
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NEWBY, GLENNA P. | ) | Case No. 20-11249-7 |
| | ) | |
| Debtor | ) | |
| | ) | |
| DARCY D. WILLIAMSON, TRUSTEE, | ) | |
| | ) | |
| *Plaintiff (Judgment Creditor)*. | ) | Adv. No. 21-05006 |
| | ) | |
| vs. | ) | |
| | ) | |
| SUNSHINE CONSULTATION SERVICES, LLC | ) | |
| D/B/A SPECIALIZED CONSUMER | ) | |
| STRATEGIES | ) | |
| | ) | |
| *Defendants (Judgment Debtors)*. | ) | |
| | ) | |
| BANK OF AMERICA | ) | Attach Earnings: \_\_\_\_ |
| 2959 N. ROCK ROAD | ) | Attach Other Property XX |
| WICHITA, KS 67226 | ) | |
| | ) | |
| *Garnishee*. | ) | |

ORDER TO PAY IN

The above matter comes before the Court. Thereupon the Court FINDS:

US Bankruptcy Court for the District of Kansas
In Re: Newby, Glenna P.
Williamson v. Sunshine Consultation Services, LLC
Order to Pay In
Page 2

|  | **Full Release** | The Garnishee is hereby discharged herein and released from all liability as such Garnishee with regard to the Writ of Garnishment issued _____. |
|---|---|---|
| ☐ | **Partial Release** | The Garnishee is hereby ordered to pay in to the Plaintiff the sum of $_____ and release the balance of the monies due the Defendant. |
| **X** | **Order to Pay In** | The Garnishee is hereby ordered to pay in to the Plaintiff the sum of $64,631.00 as shown by the Answer of Garnishee filed herein to be owing to the Defendant. The Garnishee shall be discharged from liability to the Defendant for any money so paid, |

IT IS SO ORDERED.

# # #

APPROVED:

s/ Darcu D/ Williamson
DARCY D. WILLIAMSON, Trustee
Williamson Law Office
Attorney # 11337
1109 SW Westside Drive
Topeka, KS 66615
(785) 233-9908
trustee@williamson-law.net

**Make checks payable to: Darcy D. Williamson, Trustee and reference case no. 20-11249-7.**

**Mail check to:**

**Darcy D. Williamson**
**1109 SW Westside Drive**
**Topeka KS 66615**