**SO ORDERED.**

**SIGNED this 10th day of November, 2021.**



Mitchell L. Herren
United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

NEWBY, GLENNA P.                                              CASE #  20-11249-7

        Debtor(s).

DARCY D. WILLIAMSON, Trustee
        Plaintiff

ADV # 21-5006

vs.

SUNSHINE CONSULTATION SERVICES, LLC
  d/b/a Specialized Consumer Strategies
        Defendant

**ORDER APPROVING PAYMENT OF ADDITIONAL ATTORNEY FEES**

    The Trustee has filed a Motion to Approve Additional Attorney Fees. The Trustee, Darcy D. Williamson, appears in person. There are no other appearances.

    After reviewing the Court file, hearing statements of counsel and being otherwise duly and fully advised in the premises, the Court finds and orders as follows:

    1. The Motion was properly noticed to creditors and parties of interest. No Objections have been filed to the Trustee's Motion.

    2. The Trustee's Motion is granted and the Trustee is allowed, and is hereby authorized to pay the additional fees of $1,883.75 in addition to the fees previously awarded in the Court's Order of September 29, 2021.

**IT IS SO CONSIDERED, ORDERED, ADJUDGED AND DECREED**.

# # #

Submitted and Approved:

s/ Darcy D. Williamson
DARCY D. WILLIAMSON, Trustee
Williamson Law Office
Attorney # 11337
1109 SW Westside Drive
Topeka KS 66615
(785) 233-9908
trustee@williamson-law.net